```
                       U.S. Bankruptcy Court
                   Illinois Central (Springfield)

                   Bankruptcy Petition #: 02-75290

Date filed: 12/6/02                           Date terminated: 3/24/03
Assigned to: Larry Lessen
Chapter 7    voluntary     individual    no asset        joint


==========================           * Attorneys *

MICHAEL SHANE PERRY                  Alan D. Bourey
1103 Belaire Ct                      101 S Main St #501
Decatur, IL 62526                    Decatur, IL 62523-1210
SSN: ██████████                      217-422-2400
    * Debtor *

JENNIFER REBECCA JACKSON PERRY       Alan D. Bourey
1103 Belaire Ct                      (See above)
Decatur, IL 62526
SSN: ██████████
    * Debtor *



--------------------------

JEFFREY D RICHARDSON
POB 1664
Decatur, IL 62525
    * Trustee *


------------------------------------------------------------
Proceedings include events between 1/1/31 and 6/2/10.                ARCHIV

12/6/02   1      Voluntary Petition.  Filing Fee Received: $ 200.00 Receipt
                 # 70057952 (jsuc) [EOD 12/06/02]

12/6/02   2      First Meeting of Creditors Scheduled For 8:30 1/14/03 At
                 Courtroom 5C, Decatur Last Day To Oppose Discharge: 3/17/03
                 (jsuc) [EOD 12/06/02]

12/8/02   --     Courts BNC Certificate of Service Re: [2-1] First Meeting .
                 # of Notices: 23. (bcap) [EOD 12/09/02]

12/11/02  3      Certificate of Service re:  Statement of Intent filed by
                 Alan D Bourey for Debtor Jennifer Rebecca Jackson Perry,
                 Debtor Michael Shane Perry . (tcal) [EOD 12/11/02]

12/17/02  4      Notice of Appearance And Request For Service Of Notice By
                 Erich M Ramsey for Creditor Household Automotive Finance
                 Corporation.  Certificate of Service. (tcal) [EOD 12/17/02]

Docket as of June 2, 2010  8:36 am                          Page 1
```

```
Proceedings include events between 1/1/31 and 6/2/10.                    ARCHIV
02-75290        In re: Michael Shane Perry and Jennifer Rebecca Jackson Perry

1/16/03    5        Motion By Creditor WFS Financial For Relief From Stay ;
                    Certificate of Service. (tcal) [EOD 01/16/03]

1/16/03    --       Filing Fee Received for [5-1] Motion For Relief From Stay
                    by WFS Financial .  Filing Fee Received: $ 75.00 Receipt #
                    58996. (tcal) [EOD 01/16/03]

1/16/03    6        Notice RE: [5-1] Motion For Relief From Stay by WFS
                    Financial , Setting Objections Due Date: 1/31/03 . (tcal)
                    [EOD 01/16/03]

1/18/03    --       Courts BNC Certificate of Service Re: [6-1] Scheduling
                    Objection Notice .  # of Notices: 28. (bcap) [EOD 01/20/03]

1/28/03    7        First Meeting Held as scheduled. (jsta) [EOD 01/28/03]

1/28/03    8        Trustee's Report of No Assets. (jsta) [EOD 01/28/03]

1/30/03    9        Motion By Debtor Jennifer Rebecca Jackson Perry, Debtor
                    Michael Shane Perry For Contempt  ; Certificate of
                    Service. (tcal) [EOD 01/30/03]

2/3/03     10       Order Granting [5-1] Motion For Relief From Stay by WFS
                    Financial  . (tcal) [EOD 02/03/03]

2/3/03     11       Hearing Re: [9-1] Motion For Contempt by Michael Shane
                    Perry, Jennifer Rebecca Jackson Perry Scheduled For 9:00
                    4/3/03 at Courtroom 5C, Decatur (tcal) [EOD 02/03/03]

2/5/03     --       Courts BNC Certificate of Service Re: [11-1] Hearing .  #
                    of Notices: 5. (bcap) [EOD 02/05/03]

2/25/03    12       Stipulated Motion by Alan D Bourey for Debtor Jennifer
                    Rebecca Jackson Perry, Debtor Michael Shane Perry Creditor
                    Beneficial Illinois Incorporated To Dismiss Motion for
                    Adjudication of Contempt. No Certificate of Service. (tcal)
                    [EOD 02/26/03] [Edit date 02/26/03]

3/3/03     13       Order Granting [12-1] Motion To Dismiss by Beneficial
                    Illinois Incorporated, Alan D Bourey  . (tcal)
                    [EOD 03/03/03]

3/17/03    14       Address Change. No Certificate of Service. (tcal)
                    [EOD 03/17/03]

3/17/03    15       Entry Docketed in Error. Disregard. Certificate of Service
                    re: Statement of Intent filed by Alan D Bourey for Debtor
                    Jennifer Rebecca Jackson Perry, Debtor Michael Shane Perry .
                    (tcal) [EOD 03/17/03] [Edit date 03/19/03]

3/24/03    16       Order Discharging Debtor Jennifer Rebecca Jackson Perry,
                    Debtor Michael Shane Perry (bcap) [EOD 03/24/03]

3/24/03    17       Final Decree (bcap) [EOD 03/24/03]
```

```
Proceedings include events between 1/1/31 and 6/2/10.                    ARCHIV
02-75290        In re: Michael Shane Perry and Jennifer Rebecca Jackson Perry


3/24/03   --      Case Closed. (bcap) [EOD 03/24/03]

3/26/03   --      Courts BNC Certificate of Service Re: [17-1] Final Decree
                  Order .  # of Notices: 4. (bcap) [EOD 03/26/03]

3/26/03   --      Courts BNC Certificate of Service Re: [16-1] Discharge
                  Order  by Michael Shane Perry, Jennifer Rebecca Jackson
                  Perry .  # of Notices: 28. (bcap) [EOD 03/26/03]
```