# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael Shane Perry, and ) | No. 02-75290 |
| Jennifer Rebecca Jackson Perry, ) | |
| ) | |
| Debtors. ) | |

## MOTION TO WITHDRAW MOTION TO REOPEN BANKRUPTCY CASE

NOW COME the Debtors, Michael Shane Perry and Jennifer Rebecca Jackson Perry, by their attorney, Andrew D. Bourey, and move this Honorable Court to allow them to withdraw their motion to reopen their bankruptcy case.

WHEREFORE, the Debtors pray that their motion be withdrawn.

                                  Michael Shane Perry, and
                                  Jennifer Rebecca Jackson Perry, Debtors

                                By: /s/ Andrew D. Bourey
                                    Andrew D. Bourey, Their Attorney

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the below-named at the addresses shown below, for all named who will not receive a copy by the court's notification system, by enclosing same in envelopes with postage fully prepaid and by depositing said envelopes in a U.S. Post Office Mail Box in Decatur, Illinois, on the 17th day of June, 2010:

| | |
|---|---|
| Jeffrey D. Richardson | U.S. Trustee |
| Bankruptcy Trustee | 1100 Becker Bldg. |
| 132 S. Water St., Ste. 444 | 401 Main |
| Decatur, IL 62523 | Peoria, IL 61602 |
| | |
| Citifinancial Services | Citifinancial |
| c/o CT Corporation System | 215 E. Ash Ave, Ste. E |
| (Authorized Agent) | Decatur, IL 62526 |
| 208 S. LaSalle St., Ste. 814 | |
| Chicago, IL 60604 | Citifinancial |
| | c/o Richard A. Valek |
| Citifinancial | Stone & Johnson Chartered |
| c/o Ira T. Nevel | 200 E. Randolph 24th Floor |
| 175 N. Franklin St., Ste. 201 | Chicago, IL 60601 |
| Chicago, IL 60606 | |

                                      /s/ Andrew D. Bourey
                                      Andrew D. Bourey

Andrew D. Bourey, 185050
Bourey Law Offices
101 South Main, Suite 501
Decatur, IL 62523
(217) 422-2400